IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NOEL GENE LOOSEY**                                                                                    **PLAINTIFF**

**3:10CV00069BSM HLJ**

**KATHERINE PRESCOTT, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice. It is hereby certified that an *in forma pauperis* appeal taken from this judgment and the accompanying memorandum and order is considered frivolous and not in good faith.

IT IS SO ORDERED this 15th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

1